UNITED STATES of America, Plaintiff–Appellee,

v.

Robert JACKSON, Sr., Defendant–Appellant.

No. 12–10765.

United States Court of Appeals, Eleventh Circuit.

May 20, 2013.

Susan Hollis Rothstein–Youakim, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Robert Edward Bodnar, Jr., Peggy Morris Ronca, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Tracy N. DaCruz, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Robert Jackson, Sr., Butner, NC, pro se.

Before BARKETT, MARCUS and JORDAN, Circuit Judges.

BY THE COURT:

Tracy N. DaCruz, appointed counsel for Robert Jackson, Sr., in this appeal of the district court's denial of Jackson's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of Jackson's § 3582(c)(2) motion is **AFFIRMED.**